United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVE FERRARI, ET AL.,** | Case No.  15-cv-04379-YGR |
| Plaintiffs, | |
| v. | **ORDER DETERMINING CASES ARE NOT RELATED; DENYING MOTION TO CONSOLIDATE** |
| **MERCEDES-BENZ USA, LLC, ET AL.,** | |
| Defendants. | Re: Dkt. No. 21, 22, 25 |

Before the Court is a notice of related cases (Dkt. No. 22), regarding *Autobahn Motors, Inc. v. Maskay Corporation, et al.*, Case Number 15-cv-04803-JST, which the Court deems an administrative motion to consider whether the cases should be related pursuant to Civil Local Rule 3-12.  Defendants filed an opposition thereto.  (Dkt. No. 28.)  Having reviewed the papers submitted and the complaints in each action, the Court finds the two cases are not related under Rule 3-12(a).  The motion to consolidate the cases pursuant to Federal Rule of Civil Procedure 42 (Dkt. No. 21) is likewise **DENIED**.[1]

This Order terminates Docket Numbers 21, 25.

**IT IS SO ORDERED.**

Dated: November 16, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Thus, defendants' motion to continue the hearing and briefing schedule on the motion to consolidate (Dkt. No. 25) is **DENIED** as moot.