**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEVE FERRARI,** *et al.,* | **Case No.: 15-CV-4379 YGR** |
| **Plaintiffs,** | **ORDER VACATING HEARING ON MOTIONS OF DEFENDANTS MERCEDES-BENZ USA, LLC; AUTOBAHN, INC., DAVID AHLHEIM, AND SONIC AUTOMOTIVE INC. FOR DISMISSAL** |
| **v.** | |
| **MERCEDES-BENZ USA, LLC,** *et al.,* | |
| **Defendants.** | **DKT. NOS. 37, 38, 43** |

Defendants Autobahn, Inc., David Ahlheim, and Sonic Automotive Inc. (collectively, "Autobahn") filed their Motion to Dismiss (Dkt. No. 37) and Amended Motion to Dismiss (Dkt. No. 43). Defendant Mercedes-Benz USA, LLC separately filed its Motion to Dismiss. (Dkt. No. 38.)

The Court has reviewed the papers filed in connection with the motions, oppositions, and replies and finds these motions are appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

Accordingly, the hearings set for **February 9, 2016,** are VACATED and no appearance is required. The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Date: February 5, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**