UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**STEVE FERRARI, ET AL.**,

    Plaintiffs,

v.

**MERCEDES-BENZ USA, LLC, ET AL.**,

    Defendants.

Case No. 15-cv-04379-YGR

**ORDER GRANTING STAY OF DEPOSITIONS**

Re: Dkt. No. 51

    The Court is in receipt of the parties' Joint Discovery Letter Brief, submitted February 29, 2016. (Dkt. No. 51.) Having carefully reviewed the letter brief, and good cause appearing, the Court **ORDERS** that the noticing and taking of depositions in the case is **STAYED** until further order of the Court.

    **IT IS SO ORDERED.**

Dated: March 2, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**