UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**STEVE FERRARI, ET AL.**,

    Plaintiffs,

v.

**MERCEDES-BENZ USA, LLC, ET AL.**,

    Defendants.

Case No. 15-cv-04379-YGR

**ORDER DENYING PROPOSED BRIEFING SCHEDULE AND CLARIFYING SCOPE OF LEAVE TO AMEND**

Dkt Nos. 69

The Court is in receipt of the parties' Stipulation and Proposed Order Re: Briefing Schedule for Motions To Dismiss Plaintiffs' Second Amended Complaint. (Dkt. No. 69.) Therein, the parties outline their dispute concerning the Court's May 10, 2016 Order and the scope of leave to amend granted in that order.

The Court hereby clarifies that an amendment to the complaint adding allegations regarding the identity of the members of the alleged RICO enterprise is within the scope of the leave to amend granted in its May 10, 2016 Order. Therefore, Defendant MBUSA's request to file a motion to dismiss addressed to this issue alone is **DENIED AS MOOT**.

This order terminates Docket No. 69.

**IT IS SO ORDERED.**

Dated: June 10, 2016

                                          **YVONNE GONZALEZ ROGERS**
                                          **UNITED STATES DISTRICT JUDGE**