UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**STEVE FERRARI, ET AL.**,

    Plaintiffs,

v.

**MERCEDES-BENZ USA, LLC, ET AL.**,

    Defendants.

Case No. 15-cv-04379-YGR

**ORDER VACATING AUGUST 30, 2016 HEARING**

Dkt Nos. 73, 81, 86

Currently pending before the Court are three motions to dismiss Plaintiffs' Second Amended Complaint, filed on behalf of: (1) Defendants Mercedes-Benz USA, LLC, and Dietmar Exler (Dkt. No. 73); (2) Defendant Speedway Motorsports, Inc. (Dkt. No. 81); and (3) Defendants Autobahn, Inc., David Ahlheim, Joe Cox, O. Bruton Smith, and Sonic Automotive Inc. (Dkt. No. 86).

The Court finds these motions appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

Accordingly, the hearing set for **August 30, 2016,** is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Dated: August 24, 2016

*(signature)*
**YVONNE GONZALEZ ROGERS**
United States District Court Judge